Genrita AROUTIOUNIAN; et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 06–74788.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 16, 2007.

Genrita Aroutiounian, Glendale, CA, pro se.

Volodia Grigorian, Glendale, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, M. Jocelyn Wright, Esq., U.S. Department of Justice, Civil Division, Washington, D.C., for Respondent.

Before: CANBY, TROTT and FISHER, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reopen removal proceedings.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Petitioners did not respond to the court's December 19, 2006 order.

The BIA did not abuse its discretion in denying as untimely petitioners' motion to reopen, filed nearly three years after the final administrative decision was rendered. *See* 8 C.F.R. § 1003.2(c)(2) (stating time limits for filings motions to reopen); *Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002).

Accordingly, respondent's unopposed motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.